## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        NO. 4:06CR00179-001 SWW

TADRIAN JONES-CASEY

### ORDER

The above entitled cause came on for hearing on the petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of defendant's admissions, the Court found that defendant has violated the conditions of his probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke probation is granted, and the probation previously granted this defendant in the above matter hereby is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of NINE (9) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in a facility located as close to Central Arkansas as possible and that he participate in a non-residential substance abuse treatment program while incarcerated.

Upon release from imprisonment, defendant shall serve a term of THREE (3) YEARS of supervised release. In addition to conditions previously imposed for his term of probation, defendant shall be subject to the following special condition of supervised release:

1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may include testing, out-patient counseling and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

The balance of the restitution previously imposed in the amount of $18,824.44 remains due as previously ordered in this matter and shall be payable

during incarceration and supervised release. During his incarceration, defendant shall pay 50 percent per month of all funds that are available to him on the restitution owed. During his term in community confinement and during supervised release, payments will be reduced to 10 percent per month of defendant's gross monthly income.

IT IS FURTHER ORDERED that the $1,200.00 seized from defendant's person when he was arrested by the United States Marshal shall be applied toward the balance of restitution owed by defendant.

All other terms and conditions that defendant was subject to during his previous term of probation shall remain in full force and effect, along with the above special condition of supervised release.

Defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 29th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE