**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              NO. 4:06CR00179-001 SWW

TADRIAN JONES-CASEY

### ORDER

The order previously entered in this matter on July 29, 2008, in part, directed that the $1,200.00 seized from defendant's person at the time of his arrest would be applied toward the balance of restitution owed by defendant. The United States Marshal's Office has advised the Court that the amount seized was actually $1,205.00.

IT IS THEREFORE ORDERED that the order entered on July 29, 2008, is amended to direct that the $1,205.00 seized from defendant's person when he was arrested by the United States Marshal shall be applied toward the balance of restitution owed by defendant.

All other aspects of the Court's order shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 22nd day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE