# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:06CR00179-001 SWW

TADRIAN JONES-CASEY

### ORDER

The above entitled cause came on for hearing on government's petition [doc #51] and the supplemental petition [doc #55] to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TEN (10) MONTHS in the custody of the Bureau of Prisons to run consecutively to the sentence of fifty-one months previously imposed in case number 4:08CR00318. The Court recommends that defendant be incarcerated at FCI Texarkana, Texas; and that defendant participate in non-residential substance abuse treatment and mental health counseling during incarceration.

There will be TWO (2) YEARS of supervised release to be served concurrently to the term of supervised release previously imposed in case number 4:08CR00318 following the term of incarceration and shall include the following special conditions:

> 1. Defendant shall be subject to drug testing and shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the

    course of any treatment.

    2. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

    3. The balance of the restitution imposed in the amount of $18,824.44 is mandatory and payable during incarceration and supervised release.  During incarceration, defendant will pay 50% per month of all funds that are available to him.  During residential re-entry placement, payments will be reduced to 10% of defendant's gross monthly income.  Beginning the first month of supervised release, payments will be 10% per month of defendant's monthly gross income. The interest is waived pursuant to 18 U.S.C. § 3612.

Defendant shall follow all standard conditions of supervised release.  The unfulfilled requirement of 30.5 hours of community service is no longer in effect so that defendant can earn wages to pay restitution.

The defendant is remanded to the custody of the U. S. Marshal Service for transport to designated facility.

IT IS SO ORDERED this 17th day of September 2009.

                                        <u>/s/Susan Webber Wright</u>

                                        United States District Judge