# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO.   4:06CR00179-001  SWW
                                             4:08CR00318-001  SWW
                                             4:13CR00338-001  SWW
TADRIAN JONES-CASEY

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that government's petition is **GRANTED** [4:06CR00179-001 doc #77, 4:08CR00218-001 doc #91, 4:13CR00338-001 doc #17] and the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **NINE (9) MONTHS** in the custody of the Bureau of Prisons to run concurrently in the above cases. The Court recommends that defendant be incarcerated at FCI Texarkana, TX.

The remainder of the restitution in all above-styled cases is mandatory and payable during the term of incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him. The interest requirement is waived.

The defendant is eligible to self report to the designated facility on *MONDAY, MARCH 13, 2017 by 12:00 noon* to begin the service of the sentence imposed.

Defendant shall follow all standard and previously imposed conditions of supervised release pending incarceration at the designated facility.

IT IS SO ORDERED this 26th day of January 2017.

/s/Susan Webber Wright

United States District Judge